IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEVAR ALI HARLEY | : | CIVIL ACTION |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al. | : | NO. 10-6825 |

## ORDER

AND NOW, this 15th day of March, 2011, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, Chief United States Magistrate Judge, it is hereby

## ORDERED

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's "Petition to Withdrawal [sic] Habeas Corpus" (Doc. No. 8) is **GRANTED**; and

3. The petition for a writ of habeas corpus is **DISMISSED** without prejudice.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.